672

**Robert B. KIMBREL, Appellant, v. UNITED STATES of America, Appellee.**

No. 10040.

United States Court of Appeals
District of Columbia Circuit.

Argued April 19, 1949.

Decided May 23, 1949.
Writ of Certiorari Denied June 20, 1949.

See 69 S.Ct. 1509.

Mr. Frederick Bernays Wiener, Washington, D. C. (appointed by this court), for appellant.

Mr. Raymond E. Baker, Assistant United States Attorney, Washington, D. C., with whom Messrs. George Morris Fay, United States Attorney, and John C. Conliff, Jr., and Joseph M. Howard, Assistant United States Attorneys, Washington, D. C., were on the brief, for appellee. Mr. John D. Lane, Assistant United States Attorney, Washington, D. C., also entered an appearance for appellee.

Before EDGERTON, WILBUR K. MILLER, and PRETTYMAN, Circuit Judges.

PER CURIAM.

We find no substantial error in the record. The judgment of the District Court is therefore affirmed.

**Emmet H. BOZEL, Appellant, v. UNITED STATES of America, Appellee.**

No. 9917.

United States Court of Appeals
District of Columbia Circuit.

Submitted April 21, 1949.

Decided May 23, 1949.

Emmet H. Bozel, appellant pro se, submitted on the brief.

Mr. Joseph A. Sommer, Assistant United States Attorney, Washington, D. C., with whom Messrs. George Morris Fay, United States Attorney, and Joseph F. Lawless, Jr., and John D. Lane, Assistant United States Attorneys, Washington, D. C., were on the brief, submitted on the brief for appellee.

Before EDGERTON, WILBUR K. MILLER, and PRETTYMAN, Circuit Judges.

PER CURIAM.

We find no substantial error in the record. The judgment of the District Court is therefore affirmed.